UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>      Plaintiff,<br><br>  -against-<br><br>TD BANK,<br><br>      Defendant, | 24 CIVIL 10081 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 13, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 7, 2025
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge